*Samuel Gellman* for appellant.
*John H. Little* for respondent.

Order affirmed, with costs. Questions certified answered in the affirmative. No opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, DYE and FULD, JJ.

ALICE M. SKAKANDY, Individually and as Administratrix of the Estate of JOHN SKAKANDY, Deceased, et al., Appellants, *v.* STATE OF NEW YORK, Respondent.

Argued January 12, 1949; decided March 3, 1949.

*Morris Zweibel, Robert X. Kuzmier* and *Francis E. Carberry* for appellants.

*Nathaniel L. Goldstein, Attorney-General (Roy Wiedersum* and *Wendell P. Brown* of counsel), for respondent.

Order affirmed, without costs; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, DYE and FULD, JJ.

In the Matter of the Claim of ALICE SKAKANDY et al., Appellants, against WRECKERS AND EXCAVATORS, INC., et al., Respondents. WORKMEN'S COMPENSATION BOARD, Respondent.

Argued January 12, 1949; decided March 3, 1949.

